UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :     INDICTMENT

      - v. -                          :     07 Cr.

RAUL BORBON and                       :
JOHANS SANTANA,
                                      :     07 CRIM 986
              Defendants.
                                      :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

From in or about March 2007, through on or about May 18, 2007, in the Southern District of New York and elsewhere, RAUL BORBON and JOHANS SANTANA, the defendants, unlawfully, intentionally, and knowingly, did manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense, a controlled substance, to wit, approximately 166 marihuana plants.

   (Title 21, United States Code, Sections 812, 841(a)(1), and
   841(b)(1)(B), and Title 18, United States Code, Section 2.)


/s/ _____
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAUL BORBON
and
JOHANS SANTANA,

Defendants.

INDICTMENT

07 Cr.

(Title 21, United States Code,
Sections 812, 841(a)(1), and
841(b)(1)(B); and Title 18,
United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____   Oct. 26, -07
            Foreperson.

10/26/07 INDICTMENT FILED. CASE ASSIGNED TO
                                USDJ PAULEY
         FOX, Jo