UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

**NOTICE OF APPEARANCE**

**Indictment 07-cr- 986**

- against -

RAUL BORBON,
JOHANS SANTANA          DEFENDANTS.
------------------------------------------------------------------x


YOU ARE HEREBY notified that the undersigned appears as retained counsel for the defendant RAUL BORBON in the above entitled action.


Dated:  January 3, 2008
        White Plains, New York.

JAMES MICHAEL LENIHAN
Attorney for DEFENDANT
235 Main Street
White Plains, N.Y, 10601
(914)949-8855