**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2008

**BY FACSIMILE**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Foley Square
New York, New York  10007

> Re:  **United States v. Borbon and Santana**,
>      **07 Cr. 986 (WHP)**

Dear Judge Pauley:

A pretrial conference has been set by Your Honor for February 1, 2008, at 2:00 p.m.  The Government respectfully requests that the Court exclude time from today until February 1, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).  The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow Borbon's new trial counsel to review discovery and permit the Government to continue the appropriate discussions regarding a possible disposition of this case.  Defense counsel consents to this request for the exclusion of time.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
*Application Granted.*                United States Attorney

**SO ORDERED:**

_____          By:  _____
WILLIAM H. PAULEY III U.S.D.J.        Benjamin A. Naftalis
                                    Assistant United States Attorney
    1-4-08                          Tel. No.: (212) 637-2456

cc:  James Michael Lenihan, Esq. (by fax, 914-682-0585)
     Dawn Cardi, Esq. (by fax, 212-684-3008)

                                                        TOTAL P.02