

# Lenihan & Associates

235 Main Street Ste. 500 White Plains, NY 10601

James Michael Lenihan, Esq
*Admitted in NY.*
Angela DiBiasi, Esq.
*Admitted in NY & CT*

Phone (914) 949-8855
Fax (914) 682-0585
WWW.LENIHANASSOCIATES.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-10-08

VIA FACSIMILE 212-805-6390

RECEIVED
JAN 03 2008

January 3, 2008

Hon. William H Pauley
United States District Judge
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

**RE:   U.S. v. RAUL BORBON & JOHANS SANTANA**
       **Indictment 07-896**

Dear Judge Pauley,

I write to request a 30 day adjournment of the scheduled court appearance, in the above captioned matter, scheduled for Friday January 4, 2008.

Mr. Borbon retained this office on January 2, 2008 at 6:30 p.m. and Mr. Lenihan, a sole practitioner, is currently on vacation in Italy and will not return until January 15, 2008.

I have spoken with AUSA Benjamin Naftalis and Dawn Cardi, attorney for defendant Johans Santana, and both consent to a 30 day adjournment

If the Court requires an appearance, I will appear as Mr. Lenihan's legal assistant, as I am not an attorney.

Respectfully yours,

James Monteleon, J.D.
Lenihan & Associates
Law Clerk

cc: AUSA Benjamin Naftalis
    Dawn M. Cardi, Esq (attorney Johans Santana)

Application Granted. Conference Adjourned to 2-1-08 at 2:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

1-3-08