UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X          AFFIDAVIT
UNITED STATES OF AMERICA,
                                                                             07- CR- 986 (WHP)
-v-

RAUL BARBON and
JOHANS SANTATA,
                              Defendants.
------------------------------------------------------------------X

JAMES MICHAEL LENIHAN, ESQ., an attorney admitted to practice before this Court, affirms under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1. I represent defendant, RAUL BORBON and this affirmation in support of his pretrial motions.
2. Attached as Exhibit A is a copy of the Defendant Santata's Renewal Lease Form.
3. Attached as Exhibit B is a copy of the Indictment in this case.
4. Attached as Exhibit C is a copy of the Sealed Complaint in this case.
5. Attached as Exhibit D is a copy of Officer Maier's Affidavit in support of his search / seizure warrant herein.
6. Attached as Exhibit E is a copy of the transcripts from Officer Maier's oral application for his search /seizure warrant herein.
7. Attached as Exhibit F is a copy of a letter to AUSA Neftailis requesting additional discovery.
8. The relevant facts are set forth in the accompanying Memorandum of Law.

Dated: White Plains, NY
       May 5, 2008

_____
JAMES MICHAEL LENIHAN, ESQ.