# RENEWAL LEASE FORM

Read INSTRUCTIONS TO OWNER and TO TENANT on reverse side before filling out or signing this form.

**THIS IS A NOTICE FOR RENEWAL OF LEASE AND RENEWAL LEASE FORM PROMULGATED PURSUANT TO SECTION 2523.5(a) OF THE NEW YORK CITY RENT STABILIZATION CODE. ALL COPIES OF THIS FORM MUST BE SIGNED BELOW AND RETURNED TO YOUR LANDLORD WITHIN 60 DAYS.**

DATE 11/21/05

Tenant's Name and Address:

JOHANS SANTANA.
MIRIAM SANTANA.
2244 CRESTON AVE.          APT: 6B
BRONX. NY 10453

Owner's/Agent Name & Address

L.S.L. SERVICES INC.     AAF
L.S.L. SERVICES. INC.
185 SHERMAN AVE.
NYC, NY 10034

1. The owner hereby notifies you that your lease will expire on: 12 / 31 / 2005 (MONTH / DAY / YEAR)

## PART A – OFFER TO TENANT TO RENEW

2. You may renew this lease, for one or two years, at your option, as follows:

| Col. a Renewal Term | Col. b Legal Rent On Sept.30th Preceding Commencement Date Of This Renewal Lease | Col. c Authorized Applicable Guideline Increase (If unknown, check box ☐ and see below)* | Col. d Applicable Guideline Supplement, if Any | Col. e Lawful Rent Increase Adj., if any, Effective After Sept. 30th Indicated in Col. b | Col. f Separate charge, if any (Specify under Item 4 below) | Col. g New Rent (If lower rent is to be charged check box ☐ and see 5 below)** |
|---|---|---|---|---|---|---|
| ☑ 1 Year | $ 715.94 | 2.75 % $ 19.69 | $ | $ | $ | $ 735.63 |
| ☐ 2 Year | SAME AS ABOVE | 5.50 % $ 39.38 | $ | $ | $ | $ 755.32 |

*If applicable guideline rate is unknown at time offer is made, check box in column c and enter current guideline which will be subject to adjustment when new rates are ordered.
** The rent provided for in this renewal lease may be increased or decreased pursuant to an order of the Division of housing and Community Renewal (DHCR) or Rent Guidelines Board (RGB)

12 - 52

3. **Security Deposit:**
Current Deposit: $ 715.94 Additional Deposit Required -1 year lease: $ 19.69 -2 year lease: $ 39.38

4: **Specify separate charges if applicable:**
Air Conditioner – Electricity Charge: $ _____ /mo. – Unit Charge: $ _____ /mo.
421 a (2.2%): $ _____ /mo. Other (Describe): _____ $ _____ /mo.

5. Lower Rent to be charged, if any. $ _____ Agreement attached: ☐ Yes ☐ No
6. This renewal lease shall commence on 1/01/06 (MONTH DAY YEAR), which shall not be less than 90 days nor more than 150 days from the date of mailing or personal delivery of this Renewal Lease Form. This renewal lease shall terminate on 12/31/06 1 year lease 12/31/07 2 year lease (MONTH DAY YEAR).

7. This renewal lease is based on the same terms and conditions as your expiring lease, except that 0 lawful provisions attached and 0 written agreements between owner and tenant attached have been added. (Indicate in the blank spaces as applicable, the number of additional provisions or written agreements attached).

This form becomes a binding lease renewal when signed by the owner below and returned to the tenant. A rider setting forth the rights and obligations of tenants and landlords under the Rent Stabilizing Law must be attached to this lease when signed by the owner and returned to the tenant (Los derechos y responsabilidades de inquilinos y caseros estan disponibles en espanol).

## PART B – TENANT'S RESPONSE TO OWNER

Tenant: Check and complete where indicated one of the two responses below after reading instructions on reverse side. Then date and sign your response below. You must return this Renewal Lease Form to the owner in person or by regular mail, within 60 days of the date this Notice was served upon you by the owner. Your failure to do so may be grounds for the commencement of an action by the owner to evict you from your apartment.

☑ I (we) the undersigned tenant(s), agree to enter into a 1 year renewal lease at a monthly rent of $ 735.63 This renewal lease is based on the same terms and conditions as my (our) expiring lease, and further attached lawful provisions and attached written agreements, if any (see item 7 under PART A above).

☐ I (we) will not renew my (our) lease and I (we) intend to vacate the apartment on the expiration date of the present lease set forth above.

Dated: 11-04-05, 20    Tenant's Signature(s): X *Miriam Santana*    X

Dated: 11/04/05, 20    Owner's Signature: X *[signature]*

48