CRIMINAL COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX: CRIMINAL TERM: PART AR-1

---------------------------------------------x

APPLICATION FOR A SEARCH WARRANT:

---------------------------------------------x

215 East 161st Street.
Bronx, New York 10451
May 19, 2007

B E F O R E: HONORABLE MEGAN TALLMER

A P P E A R A N C E S:

ROBERT T. JOHNSON, ESQ.
District Attorney, Bronx County
BY: GABRIELLE SUSTREAN, ESQ.
Assistant District Attorney

Julie Cleary
Official Court Reporter

THE COURT: This is an application for a search warrant.

MS. SUSTREAN: ADA Sustrean.

THE COURT: Hi, Ms. Sustrean, how are you? This is Officer Maier?

MS. SUSTREAN: Yes.

THE COURT: Raise your right hand, please, officer, do you swear that the statement you made in you affidavit as well those you are about to make are the truth under thee penalty of perjury?

OFFICER MAIER: Yes, I do.

THE COURT: Now is this based on your personal observations, officer?

OFFICER MAIER: Yes it is.

THE COURT: What is this, you state that Boron stated in sum and substance that he believes -- who is Boron?

OFFICER MAIER: He is the individual that is in the location, your Honor, that lives there.

THE COURT: So what does that mean that he stated in sum and substance that he, meaning, Boron believes there is a semi-automatic fire arm.

OFFICER MAIER: Yes, your Honor.

THE COURT: I don't understand that an occupant of the apartment who is supposedly is growing marijuana believes that there is a semi-automatic fire arm, how did you come in possession of that information?

OFFICER MAIER: I asked if there was anything in the apartment that could be harmful.

THE COURT: He was arrested?

OFFICER MAIER: Detained, not arrested.

THE COURT: Where is he right now?

OFFICER MAIER: Right now at the station.

THE COURT: So at this point he is in custody?

OFFICER MAIER: Yes, your Honor.

THE COURT: Okay and he made a statement to you that there was a semi-automatic?

OFFICER MAIER: Yes he did, your Honor.

THE COURT: Right, well, there is clearly first-hand knowledge here based on the officer's observations as well the defendant's admission so I am going to authorize the warrant. Now, you are not asking for no-knock because the apartments is already --

OFFICER MAIER: A frozen location.

THE COURT: Excuse me?

OFFICER MAIER: Frozen.

THE COURT: Okay, all right, then, People, is there any reason to seal this?

MS. SUSTREAN: No reason, Judge.

THE COURT: All right then, officer, if you could sign here.

* * * *

Certified to be a true and accurate transcript of the stenographic minutes taken within.

Julie Cleary
Official Court Reporter