

235 Main Street Ste. 500 White Plains, NY 10601

James Michael Lenihan, Esq
*Admitted in NY.*
Angela DiBiasi, Esq.
*Admitted in NY & CT*

Phone (914) 949-8855
Fax (914) 682-0585
WWW.LENINHANASSOCIATES.COM

May 4, 2008

A.U.S.A. Benjamin Naftalis
United States Attorney's Office
1 St. Andrews Plaza
New York City, NY 10007

**RE: US v BORBON – 07cr-912**

Dear Ben,

After reviewing the documents provided by the government herein, I am requesting that you provide this office with a list of the NYPD officers that where present at Mr. Borbon's apartment on either May 18th or May 19th 2007; said names are needed to prepare Mr. Borbon's defense.

Moreover, after speaking with Mr. Borbon he informed me that while he was still inside the apartment officers from the NYPD took pictures of his apartment. Accordingly, I once again ask that you inquire with the NYPD about any pictures that were taken of the crime scene.

I appreciate your prompt attention in this matter.

Thank you,

James Monteleon, J.D.
Lenihan and Associates
Law Clerk