**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-v-

**Case No.: 07-cr-986
DECLARATION OF SERVICE**

RAUL BARBON and
JOHANS SANTATA,

Defendants.

STATE OF NEW YORK ):
COUNTY OF WESTCHESTER)SS.:

I, James Monteleon, declare the following under penalty of perjury pursuant to 28 U.S.C. §1746:

That on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this matter, including to the Office of the United States Attorney.

/s/ James Monteleon

Law Clerk
Lenihan and Associates, LLC
Counsel for defendant Raul Borbon
235 Main Street
White Plains, New York 10601
914-949-8855
Counsel for Aleem Hussain, Defendant