**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-v-

RAUL BARBON and
JOHANS SANTATA,
              Defendants.

**Case No.: 07-cr-986
DECLARATION OF SERVICE**

STATE OF NEW YORK ):
COUNTY OF WESTCHESTER)SS.:

I, James Monteleon, declare the following under penalty of perjury pursuant to 28 U.S.C. §1746:

That on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this matter, including to the Office of the United States Attorney.

    /s/ James Monteleon
    Law Clerk
    Lenihan and Associates, LLC
    Counsel for defendant Raul Borbon
    235 Main Street
    White Plains, New York 10601
    914-949-8855
    Counsel for Aleem Hussain, Defendant