**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-v-

RAUL BARBON and
JOHANS SANTATA,

                Defendants.

**Case No.: 07-cr-986**

**DECLARATION OF SERVICE**

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER  ) SS.:

I, James Monteleon, declare the following under penalty of perjury pursuant to 28 U.S.C. §1746:

That on May 10, 2007, I electronically filed for the second time the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties in this matter, including to the Office of the United States Attorney.

                                      /s/ James Monteleon

                                      Law Clerk
                                      Lenihan and Associates, LLC
                                      Counsel for defendant Raul Borbon
                                      235 Main Street
                                      White Plains, New York 10601
                                      914-949-8855

_____