63

```
 1   CRIMINAL COURT OF THE STATE OF NEW YORK
 2   COUNTY OF BRONX: CRIMINAL TERM: PART AR-1
 3   ------------------------------------------x
 4   APPLICATION FOR A SEARCH WARRANT:
 5
 6   ------------------------------------------x
 7                    215 East 161st Street
                      Bronx, New York 10451
 8                    May 19, 2007
 9
10   B E F O R E:   HONORABLE MEGAN TALLMER
11                  A P P E A R A N C E S:
12   ROBERT T. JOHNSON, ESQ.
        District Attorney, Bronx County
13   BY: GABRIELLE SUSTREAN, ESQ.
        Assistant District Attorney
14
15
16
17
18
19
20
21
22                  Julie Cleary
23                  Official Court Reporter
24
25
```

64

1   THE COURT: This is an application for a
2   search warrant.
3   MS. SUSTREAN: ADA Sustrean.
4   THE COURT: Hi, Ms. Sustrean, how are
5   you? This is Officer Maier?
6   MS. SUSTREAN: Yes.
7   THE COURT: Raise your right hand,
8   please, officer, do you swear that the statement
9   you made in your affidavit as well those you are
10  about to make are the truth under thee penalty of
11  perjury?
12  OFFICER MAIER: Yes, I do.
13  THE COURT: Now is this based on your
14  personal observations, officer?
15  OFFICER MAIER: Yes it is.
16  THE COURT: What is this, you state that
17  Boron stated in sum and substance that he believes
18  -- who is Boron?
19  OFFICER MAIER: He is the individual
20  that is in the location, your honor, that lives
21  there.
22  THE COURT: So what does that mean that
23  he stated in sum and substance that he, meaning,
24  Boron believes there is a semi-automatic fixe arm
25  OFFICER MAIER: Yes, your Honor.

65

```
 1    THE COURT:  I don't understand that an
 2    occupant of the apartment who is supposedly
 3    growing marijuana believes that there is a
 4    semi-automatic fire arm, how did you come in
 5    possession of that information?
 6    OFFICER MAIER:  I asked if there was
 7    anything in the apartment that could be harmful.
 8    THE COURT:  He was arrested?
 9    OFFICER MAIER:  Detained, not arrested.
10    THE COURT:  Where is he right now?
11    OFFICER MAIER:  Right now at the
12    station.
13    THE COURT:  So at this point he is in
14    custody?
15    OFFICER MAIER:  Yes, your Honor.
16    THE COURT:  Okay and he made a statement
17    to you that there was a semi-automatic?
18    OFFICER MAIER:  Yes he did, your Honor.
19    THE COURT:  Right, well, there is
20    clearly first-hand knowledge here based on the
21    officer's observations as well the defendant's
22    admission so I am going to authorize the warrant.
23    Now, you are not asking for no-knock because the
24    apartments is already --
25    OFFICER MAIER:  A frozen location.
```

THE COURT: Excuse me?

OFFICER MAIER: Frozen.

THE COURT: Okay, all right, then, People, is there any reason to seal this?

MS. SUSTREAN: No reason, Judge.

THE COURT: All right then, officer, if you could sign here.

* * * *

Certified to be a true and accurate transcript of the stenographic minutes taken within.

Julie Cleary
Official Court Reporter