

# Lenihan & Associates

235 Main Street Ste. 500 White Plains, NY 10601

James Michael Lenihan, Esq
Admitted in NY

James R. Monteleon, J.D.
Law Clerk

Phone (914) 949-8855
Fax (914) 682-0585

Shanda N. Ruiz
Admin Asst.

VIA FACSIMILE ONLY
212-805-6390

July 29, 2008

Hon. William H Pauley
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

**MEMO ENDORSED**

US v. BORBON
Indictment - 07-cr-986

Dear Honorable Judge Pauley:

Defendant Barbon requests an extension from August 1, 2008 to August 6, 2008 to file his proposed finding of fact and conclusion of law. Counsel has personal business that requires him to be out of town from July 31 until late night August 6, 2008.

A.U.S.A. Ben Neftalis has consented to our request and also requests that the Government be permitted until August 6, 2008 to file their proposed finding of fact and conclusion of law.

Respectfully yours,

James Monteleon, J.D.
Lenihan and Associates
Law Clerk

APPLICATION GRANTED
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7-31-08

cc: AUSA Naftalis (via fax 212-637-2387)
    Dawn Cardi, Esq. (via Fax 212-684-3008)