Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA     :     INDICTMENT

    - v. -                   :     07 Cr.

RAUL BORBON and              :
JOHANS SANTANA,
                             :     **07 CRIM 986**
            Defendants.
                             :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

From in or about March 2007, through on or about May 18, 2007, in the Southern District of New York and elsewhere, RAUL BORBON and JOHANS SANTANA, the defendants, unlawfully, intentionally, and knowingly, did manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense, a controlled substance, to wit, approximately 166 marihuana plants.

   (Title 21, United States Code, Sections 812, 841(a)(1), and
    841(b)(1)(B), and Title 18, United States Code, Section 2.)

_____            _____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 6 2007