# DEFENDANT'S EXHIBITS A - L

**LETTER OF TRANSMITTAL-EVIDENCE**
PD 521-152 (10-04)-Pent

DATE 5/19/07
PAGE 1 OF 1

From: Commanding Officer, 046
To: Commanding Officer, Police Laboratory
(Check one)  ☐ Controlled Substance  ☐ Firearms  ☐ Other

Subject: EVIDENCE FOR ANALYSIS

| PROP. CLK. INV. NO. | NARC. ENV. NO./SEAL NO. | DESCRIPTION OF EVIDENCE (Make, Model, Cal., Serial No., Narcotics, Alcohol, etc.) | DESK OFFICER | NARCOTICS CASES ONLY COURT DISPOSITION OF DEFENDANT | DOCKET NO. | LABORATORY SERIAL NO. |
|---|---|---|---|---|---|---|
| J672011 | 0942776 | Marijuana Plants | [sig] | OVER 1KSK | | |

NOTE: A separate letter of transmittal is required for firearms, controlled substance, or other items of evidence.

Desk Officer (Sig.) [signature]
Messenger (Sig.) [signature] 1615 5/19
Police Laboratory Evid. Clerk (Sig.) [signature] 10:1 5/1/07

Removed ____
NARC. LOCKER SEAL NO. ____
Affixed ____

WHITE: LABORATORY COPY

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

N 672110

Check only one of the below categories.

- [x] ARREST EVIDENCE
- [ ] DECEDENT'S PROPERTY
- [ ] FOUND PROPERTY
- [ ] INVESTIGATORY
- [ ] PEDDLER PROPERTY
- [ ] OTHER _____

DATE PREPARED: 5-19   YR 2007   PCT. 046

| Arresting/Assigned Officer | Maier | | Rank PO | Shield No. ████ | Tax Reg. No. ████ | Command 046 |
|---|---|---|---|---|---|---|
| Prisoner's Last Name | Borbon, Raul N. | First | Age 38 | Address 598 W. 191 St NY NY #45 | | No. of Prisoners 1 / Acc./Aided # |
| Date of Arrest 5-18-07 | Arrest No. B07640198H | Charge/Offense Under Investigation CPW CPM | | | Fel. [X] Misd. [ ] J.D. [ ] Viol. [ ] | Complaint No. 06459 |
| Finder of Property Lt. McMahon | | | Address 2120 Ryer Ave BX NY | | | Telephone No. |
| Owner's Name Borbon, Raul N. | | | Address 598 W. 191 St NY NY apt #45 | | | Telephone No. |
| Complainant's Name PSNY | | | Address | | | Telephone No. |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 1 | a black .22 caliber firearm | | | |
| 02 | 1 | live .22 cal round from chamber of item #01 | | | |
| 03 | 1 | black magazine for item # 01 | | | |
| 04 | 5 | five live .22 cal rounds recovered from black plastic bag | | | |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxAbove is complete list of items voucheredxxxxxxxxxxxxxxxxxxxxxxxxxx

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles
672112, N672113, N672114, N672115

Pink Receipt Copy of Voucher Issued [ ] Yes [ ] Refused

I.T.O.   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

Arrest evidence held in PSE#E759479.

Signature of Desk Officer   Tax No.   Signature of Arresting/Assigned Officer   Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY:   Rank   Name   Command

Property Clerk's Signature

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   B   N 672110

PAGE 13

 

## PROPERTY CLERK'S INVOICE
PD 521-141 (Rev 5/01)-Pent

Check only one of the below categories.

N 672111

[X] ARREST EVIDENCE  [ ] DECEDENT'S PROPERTY  [ ] FOUND PROPERTY
[ ] INVESTIGATORY  [ ] PEDDLER PROPERTY  [ ] OTHER _____

DATE PREPARED: 5-19    YR 2007    PCT. 046

Arresting/Assigned Officer: Maier    Rank: PO    Shield No.: ███    Tax Reg. No.: ███    Command: 046

Prisoner's Last Name: Borbon,  First: Raul N.    Age: 38    Address: 598 W. 191 St NY NY 10040    No. of Prisoners: 1    Acc./Aided #:

Date of Arrest: 5-18-07    Arrest No.: B07640198    Charge/Offense Under Investigation: CPm CPM    Fel.[X]  Misd.[ ]  J.D.[ ]  Viol.[ ]    Complaint No.: 06459

Finder of Property: A/O    Address: 2120 Ryer Ave BX NY    Telephone No.:

Owner's Name: Borbon, Raul N.    Address: 598 W. 191 St NY NY 10040    Telephone No.:

Complainant's Name: PSNY    Address:    Telephone No.:

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 01 | 1 | Clear bag containing approx 166 marijuana plants | | |
| | | XXXXXXXXXAbove is complete list of items vouchered XXXXXXXXXXXXXXXXXXXXXXXX | | |

TOTAL

ditional Invoice Nos. Related to This Case Including Motor Vehicles
72112, N672113, N672114, N672123,

Pink Receipt Copy of Voucher Issued  [ ] Yes  [ ] Refused

R.T.O.    Owner/Claimant's Signature    Date    Time    Property Clerk Storage Location

MARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

rest evidence held in clear plastic bag with peddler seal# 0942778.

k and Signature of Desk Officer    Tax No.: ███    Signature of Arresting/Assigned Officer    Boro Storage No.

ROPERTY ON THIS VOUCHER DELIVERED TO    Rank    Name    Command
PROPERTY CLERK'S OFFICE BY:

rty Clerk's Signature

C    N 672111

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy

PAGE 12

# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

N 672112

Check only one of the below categories.




- ☒ ARREST EVIDENCE
- ☐ INVESTIGATORY
- ☐ DECEDENT'S PROPERTY
- ☐ PEDDLER PROPERTY
- ☐ FOUND PROPERTY
- ☐ OTHER _____

DATE PREPARED: 05-19   YR 2007   PCT. 046

Arresting/Assigned Officer: Maier
Rank: PO
Shield No.: [redacted]
Tax Reg. No.: [redacted]
Command: 046

Prisoner's Last Name: Borbon, Raul N.
Age: 38
Address: 598 W. 191 St. NY NY #45
No. of Prisoners: 1
Acc./Aided #:

Date of Arrest: 05-18-07
Arrest No.: B07640198
Charge/Offense Under Investigation: CPW, CPM
Fel.: ☒  Misd.: ☐  J.D.: ☐  Viol.: ☐
Complaint No.: 06459

Finder of Property: A/O
Address: 2120 Ryer Ave BX NY
Telephone No.:

Owner's Name: Borbon, Raul N.
Address: 598 W. 191 St NY NY #45
Telephone No.:

Complainant's Name: PSNY
Address:
Telephone No.:

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION AND DATE (For Property Clerk's Use Only) |
|---|---|---|---|---|
| 01 | 7 | Miracle-Gro 2.5 Cu FT potting mix bags | | |
| | | **Above is complete list of items vouchered**XXXXXXXXXXXXXXXXXXXXXXXXXX | | |

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles:
N672115, N672116, N672117, N672118

Pink Receipt Copy of Voucher Issued ☐ Yes  ☐ Refused

I.T.O.
Owner/Claimant's Signature    Date    Time
Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

Arrest evidence held in PSE# C622697.

Rank and Signature of Desk Officer    Tax No. [redacted]    Signature of Arresting/Assigned Officer    Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY:
Rank    Name    Command

Property Clerk's Signature

D

N 672112

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy   GREEN - Evidence Release/Investigation Copy




# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

**N 672113**

- ☒ ARREST EVIDENCE
- ☐ DECEDENT'S PROPERTY
- ☐ FOUND PROPERTY
- ☐ INVESTIGATORY
- ☐ PEDDLER PROPERTY
- ☐ OTHER _____

DATE PREPARED: 5-19   YR 2007   PCT. 046

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Maier | PO | ▓▓▓ | ▓▓▓ | 045 |

| Prisoner's Last Name | First | Age | Address | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Borbon, Raul N. | | 38 | 598 W. 191 St NY NY #45 | 1 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 5-18-07 | B07640198H | CPW CPM | XX | ☐ | ☐ | ☐ | 06459 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| A/O | 2120 Ryer Ave Bx NY | |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| Borbon, Raul N. | 598 W. 191 St NY NY #45 | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| PSNY | | |

| ITEM NO | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 01 | 2 | fertilizer bottles | | |
| 02 | 7 | marijuana growing books | | |
| 03 | 1 | black plastic bag that contained 22 cal firearm and live rnds | | |
| 04 | 1 | tan electronic scale | | |
| | | XXXXAbove is complete list of items vouchered XXXXXXXXXXXXXXXXXXXXXXXXX | | |

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued  ☐ Yes  ☐ Refused

**R.T.O.**   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see Instructions on BACK OF BLUE COPY).

Arrest evidence held in PSE# C622699.

Ink and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command

Property Clerk's Signature

E

**N 672113**

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy   GREEN - Evidence ...



# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pant

Check only one of the below categories.

☒ ARREST EVIDENCE   ☐ DECEDENT'S PROPERTY   ☐ FOUND PROPERTY
☐ INVESTIGATORY    ☐ PEDDLER PROPERTY     ☐ OTHER _____

**N 672114**

DATE PREPARED: 05/19/07   YR 2007   PCT. 046

Arresting/Assigned Officer: maier, k   Rank: p.o.   Shield No.: [redacted]   Tax Reg. No.: [redacted]   Command: 046

Prisoner's Last Name: borbon   First: raul   Age: 38   Address: i/o 2244 creston ave # 6B   No. of Prisoners: 01   Acc./Aided #:

Date of Arrest: 05/18/07   Arrest No.: 40198H   Charge/Offense Under Investigation: p.l. 221.25   Fel.: xxx   Misd.: xx   J.D.: ☐   Viol.: ☐   Complaint No.: 6459

Finder of Property: maier, k   Address: 2120 ryer ave   Telephone No.: 7182205211

Owner's Name: borbon, raul   Address: 2244 creston ave # 6B

Complainant's Name: PSNY

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | blue vest carrier | | | |
| 02 | 01 | gun cleaning kit | | | |
| 03 | 01 | bundle of mylar planting bags | | | |
| 04 | 02 | pieces deft mail | | | |
| 05 | 01 | deft passport # 002332741-99 | | | |
| 06 | 01 | deft resident alien card # A31039321 | | | |

xxxxxxxxxxxxxxxxxabove is a complete list of all items to be voucheredddddddddddxxxxxxxxxxxx

TOTAL

ditional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes   ☐ Refused

R.T.O.   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

MARKS: Briefly explain why the property was taken into custody (see Instructions on BACK OF BLUE COPY).

arrest evidence pse # C622700

k and Signature of Desk Officer   Tax No.   Signature of Arresting/Assigned Officer   Boro Storage No.

ROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY:   Rank   Name   Command

erty Clerk's Signature

**N 672114**

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy

46SPECIALPROJECTS  PAGE 18

 

## PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

**N 672120**

- ☒ ARREST EVIDENCE
- ☐ INVESTIGATORY
- ☐ DECEDENT'S PROPERTY
- ☐ PEDDLER PROPERTY
- ☐ FOUND PROPERTY
- ☐ OTHER _____

DATE PREPARED: 5/19  YR 2007  PCT. 046

Arresting/Assigned Officer: maier  Rank: PO  Shield No.: ███  Tax Reg. No.: ███  Command: 045

Prisoner's Last Name: borbon  First: raul  Age: 38  Address: 2244 creston ave, bx, ny 5b  No. of Prisoners: 02  Acc./Aided #:

Date of Arrest: 5/18/07  Arrest No.: 40198  Charge/Offense Under Investigation: cpw/cpm  Fel: ☒  Misd: ☐  J.D.: ☐  Viol.: ☐  Complaint No.: 5459

Finder of Property: maier  Address: n/a  Telephone No.:

Owner's Name: borbon raul  Address: 2244 creston ave, bx, ny 5b  Telephone No.:

Complainant's Name: nany  Address: n/a  Telephone No.:

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION AND DATE |
|---|---|---|---|---|
| 01 | 02 | 4" in-line duct fan | | |
| 02 | 01 | large bush mylar planting holder | | |
| 03 | 02 | garden shears | | |
| 04 | 19 | assorted mail and paperwork/shipping receipts | | |
| 05 | 01 | ziplock bag containing smaller ziplock bags | | |
| 06 | 02 | instructional books for growing marijuana | | |

xxxxxxxxxxabove is a complete list of proeprty vouchedxxxxxxxxx

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued  ☐ Yes  ☐ Refused

T.O.  Owner/Claimant's Signature  Date  Time  Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

pse # c522797

Signature of Desk Officer  Tax No.  Signature of Arresting/Assigned Officer  Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY.  Rank  Name  Command

Property Clerk's Signature



N 672120

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work

 

# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pant

Check only one of the below categories.

N 672121

☒ ARREST EVIDENCE   ☐ DECEDENT'S PROPERTY   ☐ FOUND PROPERTY
☐ INVESTIGATORY   ☐ PEDDLER PROPERTY   ☐ OTHER _____

DATE PREPARED: 5/19   YR 2007   PCT. 046

Arresting/Assigned Officer: maier
Rank: PO
Shield No.: [redacted]
Tax Reg. No.: [redacted]
Command: 046

Prisoner's Last Name: borbon   First: raul   Age: 38
Address: 2244 creston ave bx, ny 6b
No. of Prisoners: 02   Acc./Aided #:

Date of Arrest: 5/18/07   Arrest No.: 40198
Charge/Offense Under Investigation: cpw/cpm
Complaint No.: 6459

Finder of Property: maier   Address: n/a

Owner's Name: borbon raul   Address: 2244 creston ave, bx, ny 6b

Complainant's Name: nspy   Address: n/a

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | hydrofarm electronic ballast seal # 0942769 | | | |
| 02 | 01 | hydrofarm electronic ballast seal # 0942783 | | | |
| 03 | 01 | hydrofarm electronic ballast seal # 0942728 | | | |
| 04 | 01 | hydrofarm electronic ballast seal # 0942730 | | | |
| 05 | 01 | hydrofarm electronic ballast seal # 0942771 | | | |
| 06 | 01 | hydrofarm electronic ballast seal # 0942747 | | | |
| | | xxxxxxxxxabove is a complete list of property vouchered xxxxxxx | | | |

TOTAL

REMARKS: peddler seal # 0942769/83/28/30/71/47

N 672121

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

  

**N 672122**

Check only one of the below categories.

- [x] ARREST EVIDENCE
- [ ] DECEDENT'S PROPERTY
- [ ] FOUND PROPERTY
- [ ] INVESTIGATORY
- [ ] PEDDLER PROPERTY
- [ ] OTHER _____

DATE PREPARED: 5/19   YR 2007   PCT. 045

Arresting/Assigned Officer: maier   Rank: PO   Shield No.: ___   Tax Reg. No.: ___   Command: 046

Prisoner's Last Name: borbon   First: raul   Age: 38   Address: 2244 creston ave bx, ny 6b   No. of Prisoners: 02   Acc./Aided #: ___

Date of Arrest: 5/18/07   Arrest No.: 40198   Charge/Offense Under Investigation: cpw/com   Fel: [x]   Misd: [ ]   J.D.: [ ]   Viol.: [ ]   Complaint No.: 6459

Finder of Property: maier   Address: n/a   Telephone No.: ___

Owner's Name: borbon raul   Address: 2244 creston ave, bx, ny 6b   Telephone No.: ___

Complainant's Name: nspy   Address: n/a   Telephone No.: ___

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION AND DATE |
|---|---|---|---|---|
| 01 | 01 | white bell lighting technologies lamp seal # 0942725 | | |
| 02 | 01 | white bell lighting technologies lamp seal # 0942752 | | |
| 03 | 01 | white bell lighting technologies lamp seal # 0942779 | | |
| 04 | 01 | white bell lighting technologies lamp seal # 0942736 | | |
| 05 | 01 | white bell lighting technologies lamp seal #a 0942760 | | |
| 06 | 01 | white bell lighting technologies lamp seal # 0942715 | | |
| | | xxxxxxxxabove is a complete list of property voucheredxxxxxxx | | |
| | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued: [ ] Yes  [ ] Refused

T.O.   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

peddler seal # 0942725/52/79/60/36/15

Signature of Desk Officer   Tax No.   Signature of Arresting/Assigned Officer   Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY:   Rank   Name   Command

Property Clerk's Signature

**N 672122**

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy   GREEN - Evidence ___

 

## PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

PAGE 1b

**N 672123**

Check only one of the below categories.

☐ ARREST EVIDENCE  ☐ DECEDENT'S PROPERTY  ☐ FOUND PROPERTY
☐ INVESTIGATORY    ☐ PEDDLER PROPERTY    ☒ OTHER ____

**DATE PREPARED:** 5/19  **YR** 2007  **PCT.** 046

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| maier | PO | (redacted) | (redacted) | 046 |

| Prisoner's Last Name | First | Age | Address | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| borbon | raul | 38 | 2244 creston ave, bx, ny 6b | 02 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel | Misd | J.D. | Viol | Complaint No. |
|---|---|---|---|---|---|---|---|
| 5/18/07 | 40198 | cpw/cpm | ☒ | ☐ | ☐ | ☐ | 6459 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| maier | n/a | |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| borbon raul | 2244 creston ave, bx, ny 6b | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| nspy | n/a | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | cell phone | | | |
| 02 | 01 | cell phone battery | | | |
| 03 | 01 | black gshock watch | | | |
| 04 | 01 | black wallet | | | |
| 05 | 10 | assorted papers | | | |
| 06 | 01 | keychain w/18 keys | | | |
| 07 | 01 | keychain w/18 keys | | | |
| 08 | 01 | envelope containing assorted credit cards & papers | | | |

xxxxxxabove is a complete list of property vouchered xxxxxxx

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

R.T.O.   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

MARKS: Briefly explain why the property was taken into custody (see Instructions on BACK OF BLUE COPY).

pse # e759131

Rank and Signature of Desk Officer   Tax No.   Signature of Arresting/Assigned Officer   Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY   Rank   Name   Command

Property Clerk's Signature

**N 672123**

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy

## LABORATORY EXAMINATION
### POLICE DEPARTMENT
### CITY OF NEW YORK

**REPORTING/ARRESTING OFFICER:** Maier, K
**COMMAND:** 046
**PCT:** 046

**OFFENSES:** 221.25 / 265.02
**DATE/TIME OF OCCURRENCE:** 5/18/07  2310
**ADDRESS OF OCCURRENCE:** 2244 Creston Ave, Bx, NY #6B
**COMPLAINANT:** PSNY
**TYPE OF PREMISES:** Apt

**DEFENDANT/SUSPECT:** Borbon, Raul
**Pct:** 046
**Sex:** M
**Color:** Hisp
**Height:** 5'8"

**DETAILS OF OFFENSE:**
at T/P/O Def was in poss 166 marijuana plants and a loaded firearm

**EVIDENCE SUBMITTED:**

| Item No. | Description |
|---|---|
| 1 | black .22 cal firearm ser # BAS34312 w/ clos... |
| 2 | live .22 cal round from chamber of item #1 |
| 3 | black magazine for item #1 |
| 4 | five live .22 cal rounds recovered from black plastic bag |

**TYPE EXAMINATION REQUESTED:** Ballistics, Brasscatcher, fingerprint

**HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED?** ☒ Yes ☐ No

**MEMBER SUBMITTING EVIDENCE:** PO Maier, Cmd 046

K

| REQUEST FOR LABORATORY EXAMINATION PD 521-161 (Rev. 9-89)-95 | POLICE DEPARTMENT CITY OF NEW YORK |
|---|---|

(See instructions on last copy)

| INVESTIGATING/ARRESTING OFFICER (Print) Rank / Name (Surname, First M.I.) | TAX REG. No | COMMAND | COMP/CASE No. | PCT. | PROP. CLK. INV. No |
|---|---|---|---|---|---|
| PO Maier, K | ▓▓▓ | 046 | | 046 | N672111 |

| OFFENSES | COMPLAINANT (Name) |
|---|---|
| 221.25/265.02 | PSNY |

| DATE/TIME OF OCCURRENCE | ADDRESS OF OCCURRENCE | TYPE OF PREMISES |
|---|---|---|
| 5/18/07  2310 | 2244 Creston Ave, Bx, NY #6B | Apt |

DEFENDANT/SUSPECT

| Name | Arrest No | Pct. | NYSID No | Sex | Color | Age | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| Borbon, Raul | | 046 | | M | Hsp | | 5'8 | 200 |

DETAILS OF OFFENSE (Include Relationship of Evidence to Case when necessary, include physical description of complainant.)

at T/P/O Def was in poss 166 marijuana plants and a loaded firearm

EVIDENCE SUBMITTED

| Item No. | Description | Ident Marks | Where Obtained |
|---|---|---|---|

1. clear plastic bag containing 166 marijuana plants

TYPE EXAMINATION REQUESTED (Purpose of Request)

Marijuana field test

HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED? ☒ Yes ☐ No
Check section and give case no., if known.

☐ Lab Case No. _____ ☐ Crime Scene No. _____ ☒ Ballistics Unit No. _____ ☐ Bomb Squad No. _____

IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?

☐ Yes ☒ No. If Yes, Complaint No. _____ Pct. _____ Lab Number(s) _____

REMARKS: (Any Information That May Aid in Analysis)

MEMBER SUBMITTING EVIDENCE

| Rank | Name | Tax Reg. No. | Cmd. |
|---|---|---|---|
| PO | Maier | ▓▓▓ | 046 |

LABORATORY USE ONLY

☐ CRIM  ☐ ARSON  ☐ SER
☐ DOC   ☐ BAL    ☐ IDTU

Laboratory No. _____  Date _____  Received by: _____

WHITE AND PINK COPIES — POLICE LABORATORY    BLUE COPY — PRECINCT FILE COPY

L