# DEFENDANT'S EXHIBITS M - P

BRONX SUPREME COURT
CRIMINAL DIVISION

PEOPLE OF THE STATE OF NEW YORK

v.

RAUL BORBON M/38

Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX

PO KURT MAIER of 46 PCT, Shield# ▆▆▆▆, states that on or about May 18, 07 at approximately 11:10 PM at 2244 CRESTON AVENUE APT 6B, County of the onx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSES OF:

| | | |
|---|---|---|
| (F) | P.L. 221.30 | Criminal Possession of Marihuana 1^ |
| (F) | P.L. 221.25 | Criminal Possession of Marihuana 2^ |
| (F) | P.L. 265.02(3) | Criminal Possession of a Weapon 3^ (DQO) |
| (F) | P.L. 221.20 | Criminal Possession of Marihuana 3^ |
| (M) | P.L. 220.50(3) | Criminally Using Drug Paraphernalia 2^ |
| (M) | P.L. 265.01(1) | Criminal Possession of a Weapon 4^ |
| (M) | A.C. 10-131(b) | Firearms |
| (M) | A.C. 10-131(i)(3) | Possession of Ammunition |

N THAT THE DEFENDANT DID: knowingly and unlawfully possess one or more reparations, compounds, mixtures or substances containing marihuana and the reparations, compounds, mixtures or substances are of an aggregate weight of ore than ten pounds.; knowingly and unlawfully possess one or more reparations, compounds, mixtures or substances contaning marihuana and the reparations, compounds, mixtures or substances are of an aggregate weight of ore than sixteen ounces.; knowingly possess a machine-gun, firearm, rifle or hotgun which had been defaced for the purpose of concealment or prevention of he detection of a crime or misrepresenting the identity of that weapon; nowingly and unlawfully possess one or more preparations, compounds, mixtures r substances contaning marihuana and the preparations, compounds, mixtures or ubstances are of an aggregate weight of more than eight ounces.; knowingly and nlawfully possess or sell scales or balances used or designed for the purpose f weighing or measuring controlled substances under circumstances evincing nowledge that these items were used or were intended to be used for the purpose f unlawfully manufacturing, packaging or dispensing any narcotic drug or timulant; knowingly and unlawfully possess any firearm, electronic dart gun, lectronic stun gun, gravity knife, switchblade knife, pilum ballistic knife, etal knuckle knife, cane sword, billy, black jack, bludgeon, metal knuckles, hucka stick, sand bag, sandclub, wrist-brace type slingsshot or slungshot, hirken or "Kung Fu star".; sell, offer to sell or have in his possession any ir pistol or air rifle or similar instrument in which the propelling force is a pring or air. and not being authorized to possess a pistol or revolver within he City of New York to possess pistol or revolver ammunition provided that a ealer in rifles and shotguns may possess such ammunition.



Page 1 of 2



THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states that, at the above time and place, defendant's apartment, Deponent observed the defendant to have in his custody and control, in the defendant's bedroom, one hundred and sixty-six (166) marijuana plants, six (6) white bell lighting technologies lamps, six (6) electronic ballast, one large bunch of mylar planting holders and two (2) duct fans.

Deponent further states that based on his training and experience in the recognition of marijuana the above mentioned plants are alleged and believed to be marijuana.

Deponent further states that the defendant had in his custody and control, inside the defendant's living room, two (2) garden sheers, one (1) large bunch of mylar planting holders and one (1) large zip lock bag containing smaller zip lock bags.

Deponent further states that the defendant had in his custody and control, in the foyer of defendant's apartment, one (1) electronic scale, nine (9) instructional books for growing marijuana and seven (7) large bags of Miracle Grow.

Deponent further stated that the defendant had in his custody and control, in the hallway closet, one (1) .22 Caliber Beretta loaded with (6) .22 caliber live rounds (each round is a metal casing topped with a metal projectile) and one (1) firearm cleaning kit.

Deponent further states that said firearm was also defaced  in that the serial number on said firearm was filed off.

Deponent further states that the defendant stated in sum and substance:  I LIVE HERE.  MY NAME IS RAUL BORBON.    THERE ARE 166 PLANTS OFFICER.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

5/19/07    2100
DATE and TIME                            SIGNATURE

BRONX SUPREME COURT
CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF NEW YORK

v.

1.   JOHANS SANTANA M/33

                    Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX



2007BX031691

PO KURT MAIER of 46 PCT,  Shield# 01218,  states that on or about May 18, 2007 at approximately 11:00 PM at  INISIDE OF 2244 CRESTON AVENUE, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSE OF:
1 (M) P.L. 140.15                    Criminal Trespass 2^

IN THAT THE DEFENDANT DID: knowingly enter or remain unlawfully in a dwelling.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states that, at the above time and place, an apartment building, deponent observed the defendant enter and exit the above mentioned location which is beyond any public vestibule.

Deponent further states that said dwelling has locked entrance door(s) and conspicuously posted signs stating no trespassing, tenant and their guests only and OPERATION CLEAN HALLS NO TRESPASSING at the above mentioned location.

Deponent further states that the defendant's residence address is 645 Westchester Avenue, Bronx NY.

Deponent further states that the defendant stated in substance he was there to visit a friend in apt. 6B.  Deponent went to said apt. 6B, which was occupied, but deponent could not locate anyone inside said apartment who could verify defendant's reason for being inside the dwelling.

Deponent further states that he has reviewed a notarized Clean Halls affidavit signed by Hector Medero owner/managing agent of said location which is on file  with the N.Y.C. Police Department and said affidavit states that only tenants and their invited guests are permitted inside of the above dwelling.

N



000354186

Deponent further states that said affidavit requests that the N.Y.C. Police Department enter and arrest any individual inside said dwelling who is not a tenant or invitee.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

5/19/07    2200 _____    _____
DATE and TIME                              SIGNATURE





## Call Detail (Continued)                        917-689-1710
### User Name: RAUL BORBON

Rate Code: FA24=FT9NATP3000RUMMUNW
Rate Period (Pd.): P=Peak; N=Nights; W=Weekends
Call To: ** = International Call Terminated To Mobile
Feature: 1=PTT One-to-One event; A=Alternate Line; B=Direct Asst Call Complete; C=Call Waiting;
d=Directory Assistance Call; D=Data Call; E=Extended Local Area; F=Call Forwarding; g=PTT Group event; G=2-N-1 Call;
H=Group Mobile to Mobile Calls; I=Incoming Call; J=Expanded Calling; M=Mobile to Mobile; N=Off-Network;
O=Auto Dropped Call Credit; P=Priority Access Service; V=V-VPN; R=Convert to Home; S=Shared Minutes;
T=Three Way Calling; v=Voice Activated Dialing; W=Weekends; X=Fax Mailbox; Y=Voicemail Return Call

| Item | Day | Date | Time | CL | Number Called | Call To | Min | Rate Code | Rate Pd | Fea-ture | Airtime Charge | LD DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | | 05/18 | 08:40PM | NY | 212-795-8671 | INCOMI CL | 1 | FA24 | W | IWS | | | 0.00 |
| 63 | | 05/18 | 08:48PM | NY | 646-712-9586 | INCOMI CL | 2 | FA24 | W | IWS | | | 0.00 |
| 64 | | 05/18 | 09:15PM | NY | 347-621-5279 | INCOMI CL | 3 | FA24 | W | IWS | | | 0.00 |
| 65 | | 05/18 | 09:19PM | NY | 850-398-1200 | CRESTV FL | 2 | FA24 | W | WS | | | 0.00 |
| 66 | | 05/18 | 09:32PM | NY | 646-712-9586 | INCOMI CL | 2 | FA24 | W | IWS | | | 0.00 |
| 67 | | 05/18 | 09:34PM | NY | 212-568-2595 | NEW YO NY | 2 | FA24 | W | WS | | | 0.00 |
| 68 | | 05/18 | 09:35PM | NY | 212-928-6365 | NEW YO NY | 2 | FA24 | W | WS | | | 0.00 |
| 69 | | 05/18 | 10:03PM | NY | 917-689-1710 | VMAIL CL | 2 | FA24 | W | WS | | | 0.00 |
| 70 | | 05/18 | 10:47PM | NY | 347-572-2432 | QUEENS NY | 2 | FA24 | W | WS | | | 0.00 |
| 71 | Tue | 05/22 | 10:48PM | NY | 917-689-1710 | VMAIL CL | 1 | FA24 | N | WS | | | 0.00 |
| 72 | Wed | 05/23 | 12:06AM | NY | 347-572-2432 | QUEENS NY | 8 | FA24 | N | WS | | | 0.00 |
| 73 | | 05/23 | 12:27AM | NY | 347-621-5279 | INCOMI CL | 17 | FA24 | N | IWS | | | 0.00 |
| 74 | | 05/23 | 01:49PM | NY | 212-795-8671 | NEW YO NY | 1 | FA24 | P | S | | | 0.00 |
| 75 | | 05/23 | 03:25PM | NY | 212-589-9377 | INCOMI CL | 1 | FA24 | P | IS | | | 0.00 |
| 76 | | 05/23 | 03:36PM | NY | 212-589-9377 | NEW YO NY | 5 | FA24 | P | S | | | 0.00 |
| 77 | | 05/23 | 03:41PM | NY | 212-732-0002 | NEW YO NY | 3 | FA24 | P | S | | | 0.00 |
| 78 | | 05/23 | 04:39PM | NY | 917-689-1710 | VMAIL CL | 2 | FA24 | P | MS | | | 0.00 |
| 79 | | 05/23 | 04:40PM | NY | 917-689-1710 | VMAIL CL | 2 | FA24 | P | MS | | | 0.00 |
| 80 | | 05/23 | 04:41PM | NY | 212-732-0002 | NEW YO NY | 2 | FA24 | P | S | | | 0.00 |
| 81 | | 05/23 | 04:52PM | NY | 212-293-7853 | INCOMI CL | 4 | FA24 | P | IS | | | 0.00 |
| 82 | | 05/23 | 04:56PM | NY | 212-795-8671 | INCOMI CL | 5 | FA24 | P | IS | | | 0.00 |
| 83 | | 05/23 | 07:13PM | NY | 212-589-9377 | NEW YO NY | 1 | FA24 | N | WS | | | 0.00 |
| 84 | | 05/23 | 08:31PM | NY | 212-942-1273 | INCOMI CL | 1 | FA24 | N | IWS | | | 0.00 |
| 85 | | 05/23 | 10:16PM | NY | 850-398-1200 | CRESTV FL | 1 | FA24 | N | WS | | | 0.00 |
| 86 | | 05/23 | 10:17PM | NY | 201-674-3259 | HACKEN NJ | 13 | FA24 | N | WS | | | 0.00 |
| 87 | | 05/23 | 10:30PM | NY | 718-317-7188 | STN IS NY | 3 | FA24 | N | WS | | | 0.00 |
| 88 | | 05/23 | 10:31PM | NY | 201-845-3030 | INCOMI CL | 42 | FA24 | N | ICWS | | | 0.00 |
| 89 | | 05/23 | 11:13PM | NY | 212-589-9377 | NEW YO NY | 3 | FA24 | N | WS | | | 0.00 |
| 90 | | 05/23 | 11:15PM | NY | 718-317-7188 | STN IS NY | 43 | FA24 | N | WS | | | 0.00 |
| 91 | | 05/23 | 11:58PM | NY | 212-589-9377 | NEW YO NY | 4 | FA24 | N | WS | | | 0.00 |
| 92 | Thu | 05/24 | 12:03AM | NY | 413-717-0038 | GREAT MA | 1 | FA24 | N | WS | | | 0.00 |
| 93 | | 05/24 | 12:03AM | NY | 413-717-0038 | GREAT MA | 1 | FA24 | N | WS | | | 0.00 |
| 94 | | 05/24 | 12:05AM | NY | 800-585-1256 | BOO SE CL | 5 | FA24 | N | WS | | | 0.00 |
| 95 | | 05/24 | 12:10AM | NY | 817-914-1098 | ARLING TX | 2 | FA24 | N | WS | | | 0.00 |
| 96 | | 05/24 | 12:11AM | NY | 413-717-1137 | GREAT MA | 2 | FA24 | N | WS | | | 0.00 |
| 97 | | 05/24 | 12:17AM | NY | 917-689-1710 | VMAIL CL | 3 | FA24 | N | WS | | | 0.00 |
| 98 | | 05/24 | 12:19AM | NY | 212-568-0899 | NEW YO NY | 2 | FA24 | N | WS | | | 0.00 |
| 99 | | 05/24 | 12:19AM | NY | 212-569-9377 | NEW YO NY | 4 | FA24 | N | WS | | | 0.00 |
| 100 | | 05/24 | 01:10AM | NY | 000-000-0411 | DA Call | 1 | FA24 | N | WS | | 1.79 | 1.79 |
| 101 | | 05/24 | 01:12AM | NY | 800-936-9935 | BOO SE CL | 2 | FA24 | N | WS | | | 0.00 |
| 102 | | 05/24 | 08:32AM | NY | 850-398-1200 | CRESTV FL | 1 | FA24 | P | WS | | | 0.00 |
| 103 | | 05/24 | 07:50AM | NY | 850-398-1200 | INCOMI CL | 11 | FA24 | P | IHS | | | 0.00 |
| 104 | | 05/24 | 08:21AM | NY | 212-589-9377 | INCOMI CL | 6 | FA24 | P | IS | | | 0.00 |
| 105 | | 05/24 | 08:27AM | NY | 917-689-1710 | VMAIL CL | 1 | FA24 | P | MS | | | 0.00 |
| 106 | | 05/24 | 09:05AM | NY | 212-928-6365 | NEW YO NY | 1 | FA24 | P | S | | | 0.00 |



DEFENDANT'S EXHIBIT

